IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARLEY S. BRIDGEMAN JR.,

    Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

No. 2:10-cv-01457 JAM KJN PS

ORDER

/

Presently before the court is plaintiff's Request for Permission to Use Electronic Filing.  (Dkt. No. 11.)  Plaintiff is proceeding without counsel.

Plaintiff requests, pursuant to Local Rule 133, that he be permitted to use the court's electronic filing system because "it would help alleviate financial and other burdens associated with serving documents conventionally."  (Id.)  The undersigned will deny plaintiff's request at this time.  Plaintiff has not made a sufficient showing that the burdens of filing and serving documents conventionally is so financially burdensome that the court should permit an exception to its prohibition on pro se plaintiff's use of the electronic filing system.  However, plaintiff may file a subsequent motion, or stipulation as provided in Local Rule 133(b)(2), if he believes an exception should be granted based on changed circumstances.

////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's Request for Permission
2 to Use Electronic Filing is denied without prejudice.
3       IT IS SO ORDERED.
4 DATED: June 23, 2010

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE