IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARLEY S. BRIDGEMAN, JR.,

      Plaintiff,

  v.

UNITED STATES OF AMERICA, et al.,

      Defendants.
_____/

No. 2:10-cv-01457 JAM KJN PS

ORDER

On October 1, 2010, defendant United States of America ("United States") filed a motion to strike plaintiff's Third Amended Complaint.  (Dkt. No. 50.)  In light of the court's order also entered on October 1, 2010, which struck, *sua sponte*, plaintiff's Second Amended Complaint and Third Amended Complaint (see Dkt. No. 51), the United States's motion to strike is HEREBY DENIED as moot.

IT IS SO ORDERED.

DATED: October 8, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE